SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA 2010 MAY -5 P 4:27

Holding a Criminal Term    FILED

Grand Jury Sworn in on March 31, 2010

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Criminal No: 2010 CF2 007191 |
| : | 2010 CF2 007192 |
| v. : | Violation: (M-15-1089-M) |
| : | |
| JOSE RAMIREZ : | 48 D.C. Code, Section 904.01(a)(1); |
| PDID: 552-997 : | 48 D.C. Code, Section 1103(a) (2001 ed.) |
| : | |
| PASCUAL LUNA : | (Unlawful Possession With Intent To Distribute |
| PDID: 636-172 : | a Controlled Substance; Unlawful Possession |
| : | Of Drug Paraphernalia) |

The Grand Jury charges:

FIRST COUNT:

On or about April 23, 2010, within the District of Columbia, Jose Ramirez and Pascual Luna did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of cocaine, a schedule II narcotic drug controlled substance. (Unlawful Possession With Intent To Distribute a Controlled Substance, in violation of 48 D.C. Code, Section 904.01(a)(1) (2001 ed.))

SECOND COUNT:

On or about April 23, 2010, within the District of Columbia, Jose Ramirez and Pascual Luna did unlawfully, knowingly and intentionally have in his possession drug paraphernalia, that is, ziplock bags, with the intent to use the said ziplock bags unlawfully to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inhale, ingest and otherwise introduce a controlled substance into the human body. (Unlawful Possession Of Drug Paraphernalia, in violation of 48 D.C. Code, Section 1103(a) (2001 ed.))

RONALD C. MACHEN JR.
United States Attorney
in and for the District of Columbia

A TRUE BILL:

Foreperson